```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RED MOUNTAIN MEDICAL HOLDINGS, INC.
f/k/a CDx DIAGNOSTICS, INC.,

                Plaintiff,                        ORDER

          - against -                             20 Civ. 2652 (NRB)

JOEL V. BRILL, M.D., NATIONAL HEALTH
ADVISORS, LLC., and EBG ADVISORS, INC.,

                Defendants.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated September 3, 2020 and September 9, 2020, the Court has determined that defendants may bring their motions without the necessity of a pre-motion conference.

Plaintiff is reminded that if, consistent with Rule 11, it can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motions. Plaintiff is thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both

sides, in which no more than sixty days elapse from the filing of defendants' motions to the filing of defendants' replies.

**SO ORDERED.**

Dated:    New York, New York
         September 10, 2020

                                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE