**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RED MOUNTAIN MEDICAL HOLDINS,
INC. f/k/a CDx DIAGNOSTICS,
INC.,

                          Plaintiff,
      -against-                                              20 **CIVIL** 2652 (NRB)

                                                                     **JUDGMENT**

JOEL V. BRILL M.D. and
PREDICTIVE HEALTH, LLC,

                          Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 2, 2023, granting Motion for Summary Judgment. Accordingly, for the reasons stated above, we grant defendant's motion for summary judgment; accordingly, the case is closed.

**Dated:**  New York, New York

      March 3, 2023

                                                               **RUBY J. KRAJICK**

                                                                  Clerk of Court

                                 **BY:**

                                                                   **Deputy Clerk**